FILED

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0063

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. OP 20-0063

_____

PUBLIC EMPLOYEES' RETIREMENT BOARD OF THE STATE OF
MONTANA,

      Petitioner,

  v.

LEWIS AND CLARK COUNTY,

      Respondent, and

MONTANA ASSOCIATION OF COUNTIES;
CASCADE COUNTY,

      Intervenors.

_____

**ORDER GRANTING MOTION TO INTERVENE**
_____

Pursuant to the Unopposed Motion to Intervene filed by Cascade County, and for good cause shown,

IT IS HEREBY ORDERED that Cascade County's Motion to Intervene is GRANTED and a summary response, pursuant to Montana Rule of Appellate Procedure 14(7), shall be prepared, filed and served within 30 days of the date of this Order.

DATED this _____ day of March, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2020